UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORY O'CONNOR,

       Petitioner,

Case No. 2:13-cv-10761

HONORABLE DENISE PAGE HOOD

v.

J. A. TERRIS,

       Respondent.

_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated July 31, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 31st day of July, 2013.

DAVID J. WEAVER
CLERK OF THE COURT

BY:   s/LaShawn Saulsberry
        DEPUTY CLERK

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE